UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-40178-659 |
| | ) | |
| Dominic Emil Jones, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Nancy J. Gargula | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 11-04260-399 |
| | ) | |
| Dominic Emil Jones, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT REVOKING DEBTOR'S DISCHARGE**

For the reasons set forth in the Order Granting Motion for Default Judgment entered this day, judgment is hereby entered in favor of plaintiff, Nancy J. Gargula, United States Trustee, and against defendant, Dominic Emil Jones. The discharge granted to Dominic Emil Jones in this Case No. 09-40178-659 shall be vacated and set aside in its entirety as revoked pursuant to 11 U.S.C. §§ 727(d)(3) and 727(a)(6).

DATED: September 21, 2011
St. Louis, Missouri
cke

Barry S. Schermer
Chief United States Bankruptcy Judge

Order prepared by the U.S. Trustee:

Copies to:

Dominic Emil Jones
10 Blue Flag Ct.
O'Fallon, MO 53368
DEFENDANT/DEBTOR

Martha Dahm
U.S. Trustee's Office
111 South 10th St.
Rm. 6353
St. Louis, MO 63102

Charles W. Riske
Chapter 7 trustee
231 S. Bemiston, Suite 1220
St. Louis, MO 63105

ALL CREDITORS AND PARTIES IN INTEREST AS SET FORTH ON THE MATRIX